UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| KATHY R. ALLEN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| vs. | ) | **CASE NO. 5:24-CV-444-D** |
| | ) | |
| L3/HARRIS TECHNOLOGIES INC., SARA PAGANI, MICHAEL M. MCKNIGHT, OGLETREE, DEAKINS, NASH SMOAK & STEWARD, P.C., JUDGE JAMES ANDREW WYNN, JUDGE TOBY JAY HEYTENS, NWAMAKA ANOWI, and HENRY FRANKLIN FLOYD, | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the federal defendants' memorandum in support of their motion to dismiss [D.E. 21], the court GRANTS the federal defendants' motion to dismiss [D.E. 20]. Likewise, for the reasons stated in the remaining defendants' memorandum of law in support of their motion to dismiss [D.E. 15], the court GRANTS their motion to dismiss [D.E. 14]. The court DISMISSES WITH PREJUDICE plaintiff's complaint. The court DENIES as meritless, plaintiff's motion to appoint counsel [D.E. 17]. On October 7, 2024, the court granted plaintiff's motion to extend time [D.E. 23] and extended the time to respond until December 7, 2024. Plaintiff's motions to extend time [D.E. 24, 25] are DISMISSED AS MOOT.

This Judgment filed and entered on December 10, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)
Kathy R. Allen (via CM/ECF electronic notification)

December 10, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk