IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-444-D

KATHY R. ALLEN, )
)
              Plaintiff, )
)
v. ) **ORDER**
)
L3/HARRIS TECHNOLOGIES INC., )
et al. )
)
             Defendants. )

For the reasons stated in the defendants' response in opposition to plaintiff's motion for findings of fact and a new trial and to alter or amend a judgment [D.E. 31], the court DENIES plaintiff's motion for findings of fact and a new trial and to alter or amend a judgment [D.E. 28]. The court GRANTS plaintiff's motions to exceed word count [D.E. 33, 35].

SO ORDERED. This 1 day of April, 2025.

                                            JAMES C. DEVER III
                                            United States District Judge