IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-444-D

| | |
|---|---|
| KATHY R. ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| L3/HARRIS TECHNOLOGIES, INC., et al., | ) |
| Defendants. | ) |

The court DENIES as baseless plaintiff's motion for recusal [D.E. 36]. See, e.g., Liteky v. United States, 510 U.S. 540, 545 (1994); Belue v. Leventhal, 640 F.3d 567, 572 (4th Cir. 2011); Bartko v. Wheeler, No. 5:14-CT-3043, 2014 WL 3563359, at *6 (E.D.N.C. July 18, 2014) (unpublished). Likewise, the court DENIES as baseless plaintiff's "emergency" motion under Rule 52 and 59 [D.E. 39].

SO ORDERED. This 22 day of April, 2025.

JAMES C. DEVER III
United States District Judge